RALPH R. PULLEN, appellant,

*v.*

CATHARINE A. PULLEN, respondent.

In this case an order was made, January 15th, 1889, by the advice of Vice-Chancellor Bird, suppressing certain affidavits offered by the defendant in bar of the allowance of alimony and counsel fees.

A further order was made, February 8th, 1889, granting alimony and counsel fees.

From these orders the defendant appealed. The appeals from said orders came on to be heard together.

Coney *v.* Coney.

*Mr. G. O. Vanderbilt,* for the appellant.

*Mr. W. Y. Johnson,* for the respondent.

Orders affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, KNAPP, MAGIE, VAN SYCKEL, BROWN, CLEMENT, COLE, McGREGOR, SMITH, WHITAKER—12.

*For reversal*—None.